Same case below, 620 F.3d 529.

No. 10-971. Latrice Alston Woodard, Petitioner v. Wilson County, North Carolina, et al.

563 U.S. 904, 131 S. Ct. 1792, 179 L. Ed. 2d 655, 2011 U.S. LEXIS 2452.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 393 Fed. Appx. 125.

No. 10-982. Peris Wanjiru Kamau, et vir, Petitioners v. Eric H. Holder, Jr., Attorney General.

563 U.S. 904, 131 S. Ct. 1794, 179 L. Ed. 2d 655, 2011 U.S. LEXIS 2425.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 398 Fed. Appx. 57.

No. 10-989. Talal Elias Chahine, aka David Chahine, aka Danny Chahine, Petitioner v. Eric H. Holder, Jr., Attorney General.

563 U.S. 904, 131 S. Ct. 1795, 179 L. Ed. 2d 655, 2011 U.S. LEXIS 2525.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-991. Robert Isakson, Petitioner v. Scott Custer, et al.

563 U.S. 904, 131 S. Ct. 1796, 179 L. Ed. 2d 655, 2011 U.S. LEXIS 2466.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 379 Fed. Appx. 279.

No. 10-995. Pennsylvania Prison Society, Petitioner v. Pedro A. Cortes, Secretary of the Commonwealth of Pennsylvania, et al.

563 U.S. 904, 131 S. Ct. 1808, 179 L. Ed. 2d 655, 2011 U.S. LEXIS 2448.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 622 F.3d 215.

No. 10-1025. Helmut Horst Mauer, Petitioner v. Minnesota.

563 U.S. 904, 131 S. Ct. 1797, 179 L. Ed. 2d 655, 2011 U.S. LEXIS 2432.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 625 F.3d 489.

No. 10-1037. Great Western Mining & Mineral Company, Petitioner v. Fox Rothschild LLP, et al.

563 U.S. 904, 131 S. Ct. 1798, 179 L. Ed. 2d 655, 2011 U.S. LEXIS 2536.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 615 F.3d 159.